

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| FAROOK W. TAHA, D. O., | § | No. 08-21-00227-CV |
| Appellant, | § | Appeal from the |
| v. | § | 448th Judicial District Court |
| STEPHANIE BLACKBURN, INDIVIDUALLY AND ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES OF THE ESTATE OF JOSE G. LAZALDE, DECEASED, | § | of El Paso County, Texas |
| | § | (TC# 2021DCV1282) |
| | § | |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and his sureties, if any, *see* TEX. R. APP. P. 43.5, for performance of the judgment and all costs of this Court and the court below for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF NOVEMBER, 2022.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.